FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 28 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TARELL E. MCCALL

Criminal Indictment

No. **1:24-CR-182**

THE GRAND JURY CHARGES THAT:

On or about December 4, 2023, in the Northern District of Georgia, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary, Atlanta, the defendant, TARELL E. MCCALL, assaulted J.M. with a dangerous weapon, and with intent to do bodily harm, in violation of Title 18, United States Code, Section 113(a)(3).

A true _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

_____
NICHOLAS L. EVERT
*Assistant United States Attorney*
Georgia Bar No. 693062

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181